# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-5554
_____

SUSAN B. SNYDER, Former Wife,

Appellant,

v.

JESS H. SNYDER, Former
Husband,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Peter Mallory, Judge.

January 5, 2018

PER CURIAM.

AFFIRMED.

ROWE, MAKAR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rhonda S. Clyatt, Panama City, for Appellant.

Stephen A. Pitre, of Clark Partington, Pensacola, for Appellee.